Attachment A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

*Vashvn Lewis* #05618014
*Hazelton U.S.P P.O. Box*
*2000 Bruceton Mills, WV*
*26525*,

(Full name under which you were convicted,
prison number, place of confinement, and
full mailing address)

Petitioner,

vs.

*S. Lovett Warden*,

(Name of Warden or other authorized person
where you are incarcerated)

Respondent.

**FILED**

APR 8 2024

U.S. DISTRICT COURT- WVND
WHEELING, WV 26003

**Petition for Habeas Corpus
Pursuant to 28 U.S.C. § 2241**

Civil Action No: 3:24-cv-39

(to be assigned by Clerk)

Groh
Trumble
Sims

**Important notes to read before completing this form:**

★   Please read the entire petition **before** filling it out. Answer **only** those questions
which pertain to your claim(s).

1.   This petition concerns (check the appropriate box):

☐   a conviction
☐   a sentence
☐   jail or prison conditions
☐   prison disciplinary proceedings
☐   a parole problem
☑   other, state briefly: _FSA CREDITS NOT BEING CREDITED TO ME_

**Attachment A**

_____
_____
_____

2.    Are you represented by counsel?    ☐ Yes    ☑ No

If you answered yes, list your counsel's name and address: _____
_____
_____

3.    List the name and location of the court which imposed your sentence:
~~THE~~ U.S. DISTRICT COURT 141 CHURCH st NEW
HAVEN, Ct 06510

4.    List the case number, if known: 18-CR-220 (JcH)

5.    List the nature of the offense for which the sentence was imposed:
922, g  924 (c)

6.    List the date each sentence was imposed and the terms of the sentence:
MARCH 25, 2021

7.    What was your plea to each count? (Check one)

☐    Guilty
☑    Not Guilty
☐    Nolo Contendere

**Attachment A**

8.   If you were found guilty after a plea of not guilty, how was that finding made?

     ☑ A jury
     ☐ A Judge without a jury
     ☐ A Magistrate Judge without a jury

9.   Did you appeal from the judgment of conviction or imposition of the sentence?

     ☑ Yes      ☐ No

10.  If you did appeal, give the following information for each appeal:

     A.   Name of Court: _United States court of Appeals for the 2ND circuit_
     B.   Result: _Denied_
     C.   Date of Result: _March 21, 2023_
     D.   Grounds raised (List each one): _____

_____

_____

_____

_____

_____

Note: if you filed an appeal in more than one court, attach an additional sheet of paper of the same size and give all of the information requested in Question 10, A through D.

11.  Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? This is called a post-conviction pleading.

     ☐ Yes      ☑ No

If your answer was yes, complete the following sections:

     A.   First post-conviction proceeding:
         1.   Name of Court: _____

**Attachment A**

      2.     Nature of Proceeding: _____

      3.     Grounds Raised: _____

      4.     Did you receive an evidentiary hearing ?  ☐ Yes   ☑ No

      5.     Result: _____

      6.     Date of Result: _____

B.    Second post-conviction proceeding:

      1.     Name of Court: _____

      2.     Nature of Proceeding: _____

      3.     Grounds Raised: _____

      4.     Did you receive an evidentiary hearing ? ☐ Yes   ☑ No

      5.     Result: _____

      6.     Date of Result: _____

C.    Did you appeal to the result of the post conviction proceeding(s) to the highest court having jurisdiction?

      1.     First proceeding:   ☐ Yes  ☑ No   Result: _____

      2.     Second proceeding: ☐ Yes  ☑ No   Result: _____

D.    If you did not appeal the adverse result of the post-conviction proceeding(s), explain briefly why not: _I_ _WAS_ _NOT_ _AWARE_ _THAT_ _i_ _COULD_ _6_ _↓_ _____

      _____

12.    For your information, the following is a list of the most frequently raised grounds for relief in applications for habeas corpus pursuant to 28 U.S.C. §2241. You may raise any grounds which you may have other than those listed. However, in this application, you should raise all available grounds on which you base your petition. **Do not check** any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. **The petition will be returned to you if you merely check one or more of the grounds:**

A.    U.S. Parole Commission unlawfully revoked my parole.

B.    Federal Bureau of Prisons unlawfully computed my sentence.

**Attachment A**

C.   Federal Bureau of Prisons unlawfully denied me credit for time served in state or federal prison.

D.   Federal Bureau of Prisons or State prison system unlawfully revoked my good time credits.

E.   There is an unlawful detainer lodged against me.

F.   I am a citizen and resident of a foreign country and I am in custody for an act which I had a right to commit under the laws of my country.

G.   The act for which I was convicted is no longer considered to be a crime, and I cannot raise this issue in a §2254 petition or a §2255 motion.

**CAUTION: if you fail to set forth all of the grounds in this petition at this time, you may be barred from presenting additional grounds at a later date.**

State clearly every ground on which you are seeking relief. Summarize briefly the facts supporting each ground. If necessary, attach a total of five (5) typed or ten (10) neatly printed pages maximum for all grounds and all attachments.

A.   Ground one: I'M WRITTING to the courts ABOUT MY FSA CREDITS THats Not BEING CREDIT to ME, I WROTE BP8 BP9 THats The WARDEN NEVER SIGN, BP10 BP11, I ALREADY Mail This COVETS all THE INFORMATION AND EVEDENCE ( case: 18-CR-220 (Jctt) Now case: 5:24-CV-14 DOC. 2

Supporting facts: tell your story briefly without citing cases or law. You are cautioned that you must state facts, not conclusion, in support of your grounds. A "rule of thumb" to follow is this: who did exactly what to violate your rights at what time and place). HERE NOW At HAZELTON MY Rights of The FSA of 2018 ARE BEING VIOLATED HAZELTON OR The BOP DO NOT WANT Calculate MY Time UP DO to The FIRST STEP Act of 2018, WHICH BOP AND OTHER PRISON WAS Suppose to Calculate The PRISON System YEAR'S AGO

B.   Ground two:

**Attachment A**

_____
_____
_____
_____
_____
_____

Supporting facts:

_____
_____
_____
_____
_____

C.     Ground three:

_____
_____
_____
_____
_____

Supporting facts:

_____
_____
_____
_____
_____

D.     Ground four:

_____
_____
_____
_____
_____

**Attachment A**

Supporting facts:

_____

_____

_____

_____

_____

_____

13.    Were all of the above grounds presented to another court, state or federal? If not, state which grounds were not presented. If yes, state the name of the court, date of decision, and the nature of the outcome:

N/A

14.    If this petition concerns prison disciplinary proceedings, a parole problem, computation of sentence, or other case under 28 U.S.C. § 2241, answer the following questions:

    A.    Did you present the facts in relation to your present petition in the prison's internal grievance procedure?

        ☑ Yes    ☐ No

    1.    If your answer to "A" above was yes, what was the result:

MY BP8 WAS DENIED CAUSE OF HIGH RECIDIVISM MY BP9 DIDN'T GET DENIED BECAUSE THE WARDEN NEVER RESPONDED TO IT OR ANY OF MY COP OUTS MY BP10 WAS DENIED CAUSE THE WARDEN NEVER SIGN OFF ON THE BP9, AND SAME WITH BP11

**Attachment A**

2.    If your answer to "A" above was no, explain:

_____

_____

_____

B.    If you are a federal prisoner, did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

☑  Yes          ☐  No

1.    If your answer to "B" above was yes, what was the result: They Blew Me off cause They WARDEN DiDN't Respond to The BP9, I sent all The inFoRMation iN The FiRst 22u1

2.    If your answer to "B" above was no, explain:

_____

_____

_____

15.    Relief: State here, as briefly as possible, exactly what you want the court to do for you:

1.    Make **no** legal arguments.
2.    Cite **no** cases or statutes.

I will like The couRt to get iNvole cause i am ELigBle foR The (FSA) of 2018 foR some stRange Reason USP AllenWood oR USP Hazelton oR BOP Do not want to cRedit ME My good Time cRedits foR The FSA of 2018, I have wRote to Both PRison USP AllenWood AND USP Hazelton, As you will see i Took The PROPER channels WHo To weite, foR me to TRy AND get my (FSA) cRedits, The oNly oNe WHo NeveR Responded Back was The WARDEN oN The BP9 foR Me to move FoRWARD, So i move FoRWARD ANy Way With

MY BPIO, so once i SENT my BPIO TO THE MID-
Atlantic Regional office, They Also SENT what i WROTE
to THEM BACK, stating i must get A RESPOND FROM
THE WARDEN, so i WROTE BACK to THE Atlantic Regional
FoR THE SECOND TIME SHOWING The Regional How
The WARDEN is NOT RESPONDING BACK to My cop ovts,
Yov Also will SEE That As well, so ONCE The Atlantic
Regional Responded BACK to ME THE SECOND TIME
with The SAME Responce, But THIS Time with ENEligible,
so i WENT AHEAD AND CONTINUE to SEND THE WARDEN
HERE At HAzelton cop ovts, FoR THE Next 2023
to 2024 still (NO RESPONCE FROM The WARDEN) Yov
will SEE That As well, so AFTER Nothing FROM
THE WARDEN OR THE Atlantic Regional I MOVE
on to THE D.C CENTRAL office Explain to
CENTRAL WHAts going FAR AS THE WARDEN At HAzelton


EVERY THing is iN THE FIRST 2241 -18-CR-220 (scH)
5:24-CV-64 DOC.2


I'M Just SHOWING THAt i SHOW MID Atlantic Reg AND SHOWING
PROOF to CENTRAL office, CENTRAL tVRNS AROVND AND Do The
SAME Thing Atlantic Reg HAs DoNE, so I'M ASKING THE covrt to
STEP iN AND CREDITED ME My (FSA) That i AM Eligible FoR By
THE FiRst Step Act of 2018 I'M oNly ASKING THE to give ME
WHAt I'M Eligible FoR AND THAts (FSA) CREDits, Now THAt Yov CAN
SEE i WENT THRU All THE Right Steps, I cant MAKE THE WARDEN
RESPOND BACK to ME OR ANy oNE ELSE FoR that MAtter, THis USP
HAzelton Always HAving something going on But Nothing to BETTER
YoVR self, I JVST HOPE AND PRAY The covrts step iN. THANK YOV

**Attachment A**

16.    If a previous motion to vacate or modify a prisoner's sentence, pursuant to Section 2255, was not filed, or if such a motion was filed and denied, the reasons why Petitioner's remedy by way of Section 2255 is inadequate or ineffective to test the legality of the detention.

_____
_____
_____
_____
_____
_____

Signed this _____ day of _____APRIl_____ , __2024__ .
                    (day)                    (month)              (year)

_____
Your Signature

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state), under penalty of perjury, that the foregoing is true and correct.

Date of Signature: _____        _____
                                                                Your Signature

Attachment D

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

VASHVN   LEWIS
_____
*Your full name*

v.                                                          Civil Action No.: _3:24·CV·39_
                                                                              ~~5:24-cv-64~ Doc·2
S. LOVETT  WARDEN
_____

_____

_____

*Enter above the full name of respondent in this action*

## Certificate of Service

I, _VASHVN  LEWIS_____ (your name here), appearing *pro se*, hereby certify that

I have served the foregoing ___S. Lovett WARDEN_____ (title of document

being sent) upon the respondent by depositing true copies of the same in the United States

mail, postage prepaid, upon the following counsel of record for the respondent on

_4-4-2024___ (insert date here):

(List name and address of counsel for respondent)

_V Lewis_____
(sign your name)