IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**VASHUN LEWIS,**

    Petitioner**,**

v.          **CIVIL ACTION NO.: 3:24-CV-39 (GROH)**

**S. LOVETT,**

    Respondent**.**

### ORDER DISMISSING CASE WITHOUT PREJUDICE

On April 8, 2024, the *pro se* Petitioner initiated the above-styled habeas corpus action by filing a court-approved form for a habeas corpus petition. ECF No. 1. On that same date, the Petitioner filed an application to proceed without prepayment of fees, Prisoner Trust Account Report (PTAR), and Ledger Sheets. ECF Nos. 2, 3, 3-1. On April 9, 2024, the Court denied the Petitioner's motion to proceed without prepayment of fees and directed the Petitioner to pay the filing fee of $5.00 within twenty-one days. ECF No. 5. The Court further notified the Petitioner that failure to pay the filing fee within twenty-one days, or not later than April 30, 2024, could result in a dismissal of this action. Id.

The Petitioner accepted service for the order on April 12, 2024. ECF No. 6. More than twenty-one days have elapsed since the Petitioner accepted service for the order directing him to pay the filing fee and it has not been paid.

Accordingly, it is **ORDERED** that 3:24-CV-39 is hereby **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and retired from the docket of this Court.

The Clerk of the Court is **DIRECTED** to mail a copy of this Order to the Petitioner by certified mail, return receipt requested, to his last known address as reflected on the docket sheet.

**DATED**: July 31, 2024

GINA M. GROH
UNITED STATES DISTRICT JUDGE